IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTUAN L. BLOCKER,)
)
　　　　　　Plaintiff,)
)　Civil No. 04-1728-CO
　　v.)
)　ORDER
JO ANNE B. BARNHART,)
Commissioner of Social)
Security,)
)
　　　　　　Defendant.)
)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on August 12, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. The Commissioner's final decision is affirmed and final judgment will enter pursuant to sentence four of 42 USC § 405(g) dismissing this case with prejudice.

IT IS SO ORDERED.

DATED this 19th day of Sept., 2005.

*Michael R. Hogan*
UNITED STATES DISTRICT JUDGE